IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

      Plaintiff,

    v.

PATTERN BRANDS, LLC,

      Defendant.

LEAD CASE
23cv0018
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

      Plaintiff,

    v.

NESTLE PURINA PETCARE COMPANY,

      Defendant.

Member Case
23cv0027
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

      Plaintiff,

    v.

FARMGIRL FLOWERS INC.,

      Defendant.

Member Case
23cv0029
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

      Plaintiff,

    v.

JW PEI INC

      Defendant.

Member Case
23cv0038
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

       Plaintiff,

    v.

JOULES USA INC.

       Defendant.

Member Case
23cv0039
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

       Plaintiff,

    v.

LEON & GEORGE, INC.

       Defendant.

Member Case
23cv0044
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

       Plaintiff,

    v.

HYDROJUG, INC.

       Defendant.

Member Case
23cv0057
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

       Plaintiff,

    v.

TRIFECTA NUTRITION, INC.

       Defendant.

Member Case
23cv0097
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

       Plaintiff,

    v.

LUNYA COMPANY,

       Defendant.

Member Case
23cv0105
ELECTRONICALLY FILED

BLAIR DOUGLASS,

        Plaintiff,

    v.

LULL VENTURES, LLC

        Defendant.

Member Case
23cv0108
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

STADIUM ENTERPRISES, LLC

        Defendant.

Member Case
23cv0118
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

GOZNEY, INC.

        Defendant.

Member Case
23cv0124
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

BOARDRIDERS, INC.

        Defendant.

Member Case
23cv0134
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

BIRDDOGS INC.

        Defendant.

Member Case
23cv0135
ELECTRONICALLY FILED

BLAIR DOUGLASS,

        Plaintiff,

    v.

THE VERMONT COUNTRY STORE, INC.

        Defendant.

Member Case
23cv0148
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

PURITANS PRIDE, INC.

        Defendant.

Member Case
23cv0157
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

CALLAWAY GOLF COMPANY

        Defendant.

Member Case
23cv0171
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

ITX USA, LLC

        Defendant.

Member Case
23cv0181
ELECTRONICALLY FILED

---

BLAIR DOUGLASS,

        Plaintiff,

    v.

FWRD, LLC

        Defendant.

Member Case
23cv0200
ELECTRONICALLY FILED

---

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.    Civil Action Nos. 23-cv-27; 23-cv-29; 23-cv-38; 23-cv-39; 23-cv-44; 23-cv-57; 23-cv-97; 23-cv-105; 23-cv-108; 23-cv-118; 23-cv-124; 23-cv-134; 23-cv-135; 23-cv-148; 23-cv-157; 23-cv-171; 23-cv-180; 23-cv-181; and 23-cv-200 are hereby consolidated with Civil Action No. **2:23-cv-00018**, the lead case as captioned above.

2.    All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. **2:23-cv-00018**.

3.    The Clerk of Court shall close Civil Action Nos. 23-cv-27; 23-cv-29; 23-cv-38; 23-cv-39; 23-cv-44; 23-cv-57; 23-cv-97; 23-cv-105; 23-cv-108; 23-cv-118; 23-cv-124; 23-cv-134; 23-cv-135; 23-cv-148; 23-cv-157; 23-cv-171; 23-cv-180; 23-cv-181; and 23-cv-200.

**SO ORDERED** this 9th day of February, 2023.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record